ORIGINAL

1  LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
   Leonard Tachner, Esq. (State Bar No. 058436)
2  17961 Sky Park Circle
   Suite 38-E
3  Irvine, California 92614

4  (949) 752-8525 Telephone
   (949) 955-2415 Telefax
5  Attorney for Plaintiff

FILED
'08 JUL 22 PM 4:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GRIP MASTER COMPANY PTY. LTD., an Australian corporation<br><br>Plaintiff,<br><br>vs.<br><br>LAMKIN LEATHER AND RUBBER COMPANY CORPORATION, a Delaware corporation<br><br>Defendant. | Case No. 08 CV 1320 LAB LSP<br><br>NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for The Grip Master Company Pty. Ltd. certifies that the following listed party has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

   1.   The Grip Master Company Pty. Ltd., a corporation and Plaintiff in this Action.

Dated: 7/14/08

Respectfully submitted,
LEONARD TACHNER,
A PROFESSIONAL LAW CORPORATION

_/s/ Leonard Tachner_
Leonard Tachner
Counsel for Plaintiff
The Grip Master Company Pty. Ltd.