Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



THE GRIP MASTER COMPANY PTY. LTD.,
an Australian corporation

vs

LAMKIN LEATHER AND RUBBER
COMPANY CORPORATION,
a Delaware corporation

08 JUL 22 PM 4:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL ACTION

Case No. 08 CV 1320 LAB LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

LEONARD TACHNER, a professional law corporation
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 22 2008

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

By  B. BOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR