# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

COPY

2008 AUG 15 AM 8:40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

THE GRIP MASTER COMPANY PTY. LTD.,
an Australian corporation

vs

LAMKIN CORPORATION,
a Delaware corporation

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 1320 LAB LSP

On First Amended Complaint

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

LEONARD TACHNER, a professional law corporation
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

AUG 1 4 2008

W. Samuel Hamrick, Jr.
_____
CLERK

J. PARIS

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)