

# The Grip Master.™

"The Traditional Tour Wrap"   "Genuine Leather Golf Grip"

Inv 100

| INVOICE TO | | DATE: | 02/12/98 |
|---|---|---|---|
| AMERICAN GOLF TECHNOLOGY 2/24 KINGSLEY CLOSE ROWVILLE VIC 3178 | | ORDER NO: | REFER DANNY SENG |
| | | AGENT: | |

| QUANTITY | PRODUCT | COLOUR | PRICE | AMOUNT |
|---|---|---|---|---|
| 50 | GRIP MASTER UNDERLISTING | BLACK | $2.50 | $125.00 |
| 50 | GENUINE LEATHER WRAP | ASSTD | $10.00 | $500.00 |
| 3 | DISPLAY UNITS | | N/C | |
| | | | SALES TAX 22% | EXEMPT |
| | | | TOTAL | $625.00 |

Paid $593.75
DIS 31.25
$625.00

**TERMS OF TRADING:**
**PAYMENT:** 14 Days From Month End
**SETTLEMENT DISCOUNT:** 5% If Paid Within 7 Days From Invoice Date
**OWNERSHIP OF GOODS:** The Goods Remain The Property Of "The Grip Master Company Pty.Ltd" Until The Invoice Is Fully Paid.

THE GRIP MASTER COMPANY PTD.LTD.
FACTORY 9 / 62 - 64 OAKOVER ROAD, PRESTON, MELBOURNE, VICTORIA. 3072. AUSTRALIA
PHONE: (613) 9484 1066 FAX: (613) 9484 2469 E-MAIL: lesac@eisa.net.au

**EXHIBIT 7**