# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| THE GRIP MASTER COMPANY LTD.,<br><br>    vs.                          Plaintiff,<br><br>LAMKIN CORP., et al.,<br><br>                                 Defendant. | CASE NO.  08cv1320-WMc<br><br>ORDER RE: JOINT MOTION TO DISMISS COMPLAINT WITH PREJUDICE AND COUNTERCLAIMS WITHOUT PREJUDICE |
|---|---|

     Pursuant to a confidential agreement, the parties jointly move to dismiss the Second Amended Complaint with prejudice and the counterclaims without prejudice.  Each party will bear its own attorney's fees and costs.  Further, the parties agree that Magistrate Judge William McCurine, Jr.  is to retain jurisdiction to enforce the terms of the settlement.  For good cause, the joint motion is **GRANTED**.

     IT IS SO ORDERED.

DATED: December 8, 2009

_____
Hon.  William McCurine, Jr.
U.S. Magistrate Judge
United States District Court